# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANDREA N. MADISON,

       Plaintiff,

v.                              Case No: 6:16-cv-91-Orl-40TBS

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of §42 U.S.C. 405(g) with Reversal and Remand to Defendant (Doc. 15) filed on August 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2016 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. 405(g) with Reversal and Remand to Defendant (Doc. 15) is **GRANTED**.

3. This action is **REVERSED AND REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g).

4. The parties are **ADVISED** that it is expected that on remand, the administrative law judge will more fully develop the record, consider any new, updated or additional evidence for the relevant time period, and issue a new decision.

5. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the file.

6. Plaintiff is **ADVISED** that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. §406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. Plaintiff is further **DIRECTED** that upon receipt of the notice, counsel for Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

**DONE AND ORDERED** in Orlando, Florida on August 30, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties