UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA N. MADISON,

    Plaintiff,

v.                                Case No:   6:16-cv-91-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

On August 9, 2016, I entered my report and recommendation in which I recommended that the district judge reverse and remand this case back to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. section 405(g) (Doc. 16). The district judge adopted the report and recommendation on August 30, 2016 (Doc. 17), and the Clerk entered judgment the next day (Doc. 18).

Now pending before the Court is Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees **in the amount of $3,515.98**.[1] The record of counsel's billable hours attached to the motion confirms the hours worked on the case (Id. at 12-14). Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that Defendant's attorney has been contacted and has no objection to the requested relief (Id. at 3). Plaintiff filed this timely application for attorney's fees on September 12, 2016.

---

[1] Plaintiff's fee amount is calculated at the rate of $191.68 per hour for attorney work and 75.00 per hour for paralegal work.

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that she is not excluded from eligibility for an award under EAJA by any of the exclusions set forth in the Act[2]  (Id. at 2-3; Doc. 27-1).

Plaintiff has attached a copy of her assignment of EAJA fees to her counsel (Doc. 19-1). In light of the assignment, Plaintiff requests (and Defendant agrees) that payment should be made payable to her and delivered to her counsel unless she owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to her counsel.

Pursuant to the provisions of the EAJA, I **RESPECTFULLY RECOMMEND** that Plaintiff's motion be **GRANTED** and that Plaintiff be awarded attorney's fees under the EAJA in the amount of **$3,515.98**. In light of the assignment, I **FURTHER RECOMMEND** that the award be made payable to Plaintiff's counsel if the Department of the Treasury determines that Plaintiff does not owe a debt to the Government.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

---

[2] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

**RESPECTFULLY RECOMMENDED** in Orlando, Florida on September 29, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record