# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANDREA N. MADISON,

       Plaintiff,

v.                                                                          Case No: 6:16-cv-91-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19) filed on September 12, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 29, 2016 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. 19) is **GRANTED**.

3. Plaintiff is **AWARDED** attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) in the amount of **$3,515.98** payable to Plaintiff's counsel if the Department of the Treasury determines that Plaintiff does not owe a debt to the Government.

**DONE AND ORDERED** in Orlando, Florida on October 20, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties